**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0130-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **STUART BRYAN KING, and**
2. **GRISELDA TREVINO DE VALENZUELA**

    Defendant.

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court ORDERS as follows:

1. On or before May 1, 2013, any Defendant who has entered into a joint defense agreement shall submit such agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2. On or before May 1, 2013, any defendant who has not entered a joint defense agreement shall submit a filing (under Restriction Level 3) informing the Court of as much.

3. Should any defendant contemplate entering into a joint defense agreement after this Order, that defendant shall submit such agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR to its execution.**

Dated this 11th day of April, 2013.

BY THE COURT:

William J. Martinez
United States District Judge